# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

In re:                                                   :   Chapter 11

COLT HOLDING COMPANY LLC,                                :
                                                         :   Case No. 15-_____ ( )
                        Debtor.                          :
                                                         :
Tax I.D. No. 47-3490094                                  :

---------------------------------------------------------x

In re:                                                   :   Chapter 11

COLT SECURITY LLC,                                       :
                                                         :   Case No. 15-_____ ( )
                        Debtor.                          :
                                                         :
Tax I.D. No. 26-3654276                                  :

---------------------------------------------------------x

In re:                                                   :   Chapter 11

COLT DEFENSE LLC,                                        :
                                                         :   Case No. 15-_____ ( )
                        Debtor.                          :
                                                         :
Tax I.D. No. 32-0031950                                  :

---------------------------------------------------------x

In re:                                                   :   Chapter 11

COLT FINANCE CORP.,                                      :
                                                         :   Case No. 15-_____ ( )
                        Debtor.                          :
                                                         :
Tax I.D. No. 27-1237687                                  :

---------------------------------------------------------x

RLF1 12228172v.1

| | |
|---|---|
| In re: | Chapter 11 |
| NEW COLT HOLDING CORP., | |
|                 Debtor. | Case No. 15-_____ ( ) |
| Tax I.D. No. 13-3876913 | |
| In re: | Chapter 11 |
| COLT'S MANUFACTURING COMPANY LLC, | |
|                 Debtor. | Case No. 15-_____ ( ) |
| Tax I.D. No. 42-1589139 | |
| In re: | Chapter 11 |
| COLT DEFENSE TECHNICAL SERVICES LLC, | |
| | Case No. 15-_____ ( ) |
|                 Debtor. | |
| Tax I.D. No. 45-0538809 | |
| In re: | Chapter 11 |
| COLT CANADA CORPORATION, | |
|                 Debtor. | Case No. 15-_____ ( ) |
| Tax I.D. No. 98-0435534 | |

```
-----------------------------------------------------x
In re:                                               :
                                                     :
COLT INTERNATIONAL COÖPERATIEF                       :   Chapter 11
U.A.,                                                :
                                                     :
Debtor.                                              :   Case No. 15-_____ ( )
                                                     :
Tax I.D. No. 90-0996822                              :
-----------------------------------------------------x
In re:                                               :
                                                     :   Chapter 11
CDH II HOLDCO INC.,                                  :
                                                     :
                              Debtor.                :   Case No. 15-_____ ( )
                                                     :
Tax I.D. No. 20-3641782                              :
-----------------------------------------------------x
```

## DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Colt Holding Company LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**")[1] respectfully request entry of an order directing joint administration of their chapter 11 cases for procedural purposes only and granting related relief. In support of this motion, the Debtors rely upon and incorporate by reference *Keith A. Maib's Declaration in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* (the "**Maib Declaration**"), filed concurrently with this motion.[2] In further support of the motion, the Debtors, by and through their undersigned counsel, respectfully represent:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Colt Holding Company LLC (0094); Colt Security LLC (4276); Colt Defense LLC (1950); Colt Finance Corp. (7687); New Colt Holding Corp. (6913); Colt's Manufacturing Company LLC (9139); Colt Defense Technical Services LLC (8809); Colt Canada Corporation (5534); Colt International Coöperatief U.A. (6822); and CDH II Holdco Inc. (1782). The address of the Debtors' corporate headquarters is: 547 New Park Avenue, West Hartford, Connecticut 06110.

[2] Capitalized terms used but not defined in this motion have the meanings used in the Maib Declaration.

3

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334 and venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b).[3]

## BACKGROUND

2. On June 14, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code.

3. The Debtors are one of the world's oldest and most renowned designers, developers, and manufacturers of firearms for military, law enforcement, personal defense, and recreational purposes. The Debtors' end customers encompass every segment of the worldwide firearms market, including U.S., Canadian, and foreign military forces, global law enforcement and security agencies, consumers seeking personal protection, the hunting and sporting community, and collectors. Headquartered in West Hartford, Connecticut, the Debtors operate manufacturing facilities in West Hartford and Kitchener, Ontario, Canada. For the year ended December 31, 2014, the Debtors' revenue was approximately $190.8 million.

4. Additional information on the Debtors' businesses and capital structure, as well as a description of the reasons for filing these cases and the Debtors' goals for these cases, is set forth in the Maib Declaration.

---

[3] Pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors hereby expressly confirm their consent to the entry of a final order by this Court in connection with this motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

## RELIEF REQUESTED

5.  By this motion, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the Debtors respectfully request entry of an order, substantially in the form attached as Exhibit A, directing procedural consolidation and joint administration of these chapter 11 cases.

6.  In addition, the Debtors request that the caption of their chapter 11 cases in all pleadings and notices in the jointly administered cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| COLT HOLDING COMPANY LLC, *et al.* | Case No. 15-_____ ( ) |
| Debtors. | Jointly Administered |

---------------------------------------------------------------x

7.  The Debtors also seek waiver of the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that the case caption on pleadings and notices in these cases contain the name, tax identification number, and address of each Debtor and any names used by each Debtor in the previous eight years. As an alternative to including this information in each caption, the Debtors propose to include the following footnote to each pleading filed and notice mailed by the Debtors, listing the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers along with the address of the Debtors' corporate headquarters:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Colt Holding Company LLC (0094); Colt Security LLC (4276); Colt Defense LLC (1950); Colt Finance Corp. (7687); New Colt Holding Corp. (6913); Colt's Manufacturing Company LLC (9139); Colt Defense Technical Services LLC (8809); Colt Canada Corporation (5534);

Colt International Coöperatief U.A. (6822); and CDH II Holdco Inc. (1782). The address of the Debtors' corporate headquarters is: 547 New Park Avenue, West Hartford, Connecticut 06110.

8.    The Debtors also request that the Court make separate docket entries in each of the Debtors' chapter 11 cases (except that of Colt Holding Company LLC), substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Colt Holding Company LLC (Case No. 15-____ (___)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 15-____ (___) should be consulted for all matters affecting this case.

## BASIS FOR RELIEF REQUESTED

9.    Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" of each other as that term is defined in section 101(2) of the Bankruptcy Code, as Colt Holding Company LLC directly or indirectly owns 100% of the stock or membership interest in the other nine Debtors. 11 U.S.C. § 101(2). Therefore, this Court is authorized to consolidate the Debtors' cases for procedural purposes.

10.    Local Rule 1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in the Court under title 11 is warranted and will ease the administrative burden for the Court and the parties. An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time. An order of joint administration under this Local Rule is for procedural purposes

6

only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

11. The Maib Declaration establishes that joint administration of the Debtors' cases is warranted because it will ease the administrative burden on the Court and all parties in interest. Joint administration of the Debtors' cases will eliminate the need for duplicate pleadings, notices, and orders in each of the respective dockets and will save the Court, the Debtors, and other parties in interest substantial time and expense when preparing and filing such documents. Further, joint administration will protect parties in interest by ensuring that they will be apprised of the various motions filed with the Court with respect to each of the Debtors' cases. Therefore, joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Rule 1015-1.

12. Joint administration will not adversely affect the Debtors' respective constituencies because this motion seeks only administrative, not substantive consolidation of the Debtors' estates. Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases. Accordingly, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

13. Finally, the Debtors submit that use of the simplified caption, without reference to the Debtors' tax identification numbers, addresses, and previous names, will eliminate cumbersome and confusing procedures and ensure uniformity of pleading identification. Other case-specific information will be listed in the petitions for the respective Debtors and such petitions are publicly available and will be provided by the Debtors upon

request. Therefore, the Debtors submit the policies behind the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) have been fully satisfied.

14. Courts in this District have granted relief similar to the relief requested in several other cases involving multiple related debtors.[4] For these reasons, the Debtors submit that the relief requested is necessary and appropriate, is in the best interest of their respective estates and creditors, and should be granted in all respects.

## NOTICE

15. The Debtors will provide notice of this motion by facsimile, e-mail, overnight delivery, or hand delivery to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the holders of the 30 largest unsecured claims against the Debtors on a consolidated basis; (iii) Cortland Capital Market Services LLC, as Prepetition Senior Loan Agent; (iv) counsel to the Prepetition Senior Loan Agent; (v) Wilmington Savings Fund Society, FSB, as Term Loan Agent; (vi) counsel to the Term Loan Agent; (vii) Wilmington Trust FSB, as Senior Notes Indenture Trustee; (viii) counsel to the Senior Notes Indenture Trustee; (ix) the DIP Term Loan Lender and Prepetition Term Loan Lender; (x) counsel to the DIP Term Loan Lender and Prepetition Term Loan Lender; (xi) the DIP Senior Loan Lenders and Prepetition Senior Loan Lenders; (xii) counsel to the DIP Senior Loan Lenders and Prepetition Senior Loan Lenders; (xiii) the Internal Revenue Service and Canada Revenue Agency; (xiv) the Securities and Exchange Commission; (xv) the Pension Benefit Guaranty Corporation; and (xvi) any local, state, provincial, or federal agencies that regulate the Debtors' businesses. Following the hearing,

---

[4] *See, e.g., In re Corinthian Colleges, Inc.*, Case No. 15-10952 (KJC) (Bankr. D. Del. May 5, 2015) (D.I. 19); *In re Frederick's of Hollywood, Inc.*, Case No. 15-10836 (KG) (Bankr. D. Del. Apr. 21, 2015) (D.I. 48); *In re Allied Nevada Gold Corp.*, Case No. 15-10503 (MFW) (Bankr. D. Del. Mar. 11, 2015) (D.I. 53); *In re Cal Dive International, Inc.*, Case No. 15-10458 (CSS) (Bankr. D. Del. Mar. 6, 2015) (D.I. 57); *In re RadioShack Corporation*, No. 15-10197 (BLS) (Bankr. D. Del. Feb. 6, 2015) (D.I. 98); *In re Dendreon Corporation*, Case No. 14-12515 (LSS) (Walsh, J.) (Bankr. D. Del. Nov. 12, 2014) (D.I. 49).

a copy of this motion and any order entered with respect to it will be served on the foregoing parties and all parties having filed requests for notice in these chapter 11 cases. A copy of the motion is also available on the Debtors' case website at http://www.kccllc.net/coltdefense.

16. As this motion is seeking "first day" relief, notice of this motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m). Due to the urgency of the relief requested, the Debtors submit that no other or further notice is necessary.

## **NO PRIOR MOTION**

17. The Debtors have not made any prior motion for the relief sought in this motion to this Court or any other.

9

RLF1 12228172v.1

The Debtors respectfully request entry of an order granting the relief requested in its entirety and any other relief as is just and proper.

Dated: June 15, 2015
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**O'MELVENY & MYERS LLP**
John J. Rapisardi (*pro hac vice* admission pending)
Joseph Zujkowski (*pro hac vice* admission pending)
Diana M. Perez (*pro hac vice* admission pending)
Times Square Tower
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Proposed Attorneys for the*
*Debtors and Debtors in Possession*

10

RLF1 12228172v.1

## Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>COLT HOLDING COMPANY LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 47-3490094 | Chapter 11<br><br>Case No. 15-_____ ( ) |

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>COLT SECURITY LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 26-3654276 | Chapter 11<br><br>Case No. 15-_____ ( ) |

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>COLT DEFENSE LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 32-0031950 | Chapter 11<br><br>Case No. 15-_____ ( ) |

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>COLT FINANCE CORP.,<br><br>       Debtor.<br><br>Tax I.D. No. 27-1237687 | Chapter 11<br><br>Case No. 15-_____ ( ) |

---------------------------------------------------------------x

```
------------------------------------------------------x
In re:
                                                         Chapter 11
NEW COLT HOLDING CORP.,
                                                         Case No. 15-_____ (  )
                                      Debtor.

Tax I.D. No. 13-3876913
------------------------------------------------------x
In re:                                               :
                                                     :   Chapter 11
COLT'S MANUFACTURING COMPANY LLC,                    :
                                                     :   Case No. 15-_____ (  )
                                      Debtor.        :
                                                     :
Tax I.D. No. 42-1589139                              :
------------------------------------------------------x
In re:                                               :
                                                     :   Chapter 11
COLT DEFENSE TECHNICAL SERVICES                      :
LLC,                                                 :   Case No. 15-_____ (  )
                                                     :
                                                     :
                                      Debtor.        :
                                                     :
Tax I.D. No. 45-0538809
------------------------------------------------------x
In re:                                               :
                                                     :   Chapter 11
COLT CANADA CORPORATION,                             :
                                                     :   Case No. 15-_____ (  )
                                      Debtor.        :
                                                     :
Tax I.D. No. 98-0435534                              :
------------------------------------------------------x
```

2

```
----------------------------------------x
                                        :
In re:                                  :
                                        :   Chapter 11
                                        :
COLT INTERNATIONAL COÖPERATIEF          :
U.A.,                                   :   Case No. 15-_____ (  )
                                        :
                    Debtor.             :
                                        :
Tax I.D. No. 90-0996822                 :
----------------------------------------x
                                        :
In re:                                  :
                                        :   Chapter 11
                                        :
CDH II Holdco Inc.,                     :
                                        :   Case No. 15-_____ (  )
                    Debtor.             :
                                        :
Tax I.D. No. 20-3641782                 :
                                        :
----------------------------------------x
```

## ORDER DIRECTING JOINT
## ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the Debtors[2] for entry of an order (this "**Order**") directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only and granting related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and that this Court may enter a final order consistent

---

[1] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Colt Holding Company LLC (0094); Colt Security LLC (4276); Colt Defense LLC (1950); Colt Finance Corp. (7687); New Colt Holding Corp. (6913); Colt's Manufacturing Company LLC (9139); Colt Defense Technical Services LLC (8809); Colt Canada Corporation (5534); Colt International Coöperatief U.A. (6822); and CDH II Holdco Inc. (1782). The address of the Debtors' corporate headquarters is: 547 New Park Avenue, West Hartford, Connecticut 06110.

3

with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the Maib Declaration, the record of the Hearing, and all of the proceedings before the Court; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15-_____ (__).

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------x
In re:                                  :   Chapter 11
                                        :
COLT HOLDING COMPANY LLC, *et al.*,     :   Case No. 15-_____ ( )
                                        :
                         Debtors.       :   Jointly Administered
                                        :
----------------------------------------x

4

5.      All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Colt Holding Company LLC, Case No. 15-_____ ( __ ).

6.      A docket entry shall be made in each of the Debtors' cases (except that of Colt Holding Company LLC) substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Colt Holding Company LLC (Case No. 15-_____ ( __ )) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 15-_____ ( __ ) should be consulted for all matters affecting this case.

7.      The requirements under section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002 that the case caption in pleadings filed and notices mailed in these cases include certain identifying information about the Debtors are waived, and the caption set forth herein is approved as modified. The Debtors are directed to include the following footnote to each pleading they file and notice they mail in these cases, listing the Debtors in these chapter 11 cases and the last four numbers of their tax identification numbers along with the address of the Debtors' corporate headquarters only:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Colt Holding Company LLC (0094); Colt Security LLC (4276); Colt Defense LLC (1950); Colt Finance Corp. (7687); New Colt Holding Corp. (6913); Colt's Manufacturing Company LLC (9139); Colt Defense Technical Services LLC (8809); Colt Canada Corporation (5534); Colt International Coöperatief U.A. (6822); and CDH II Holdco Inc. (1782). The address of the Debtors' corporate headquarters is: 547 New Park Avenue, West Hartford, Connecticut 06110.

8.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.  The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

10. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2015
       Wilmington, Delaware

_____
United States Bankruptcy Judge